# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

145763-4

In re Estate of NATASHA DOUGLAS.
_____

MARCIA DOWNS, f/k/a MARCIA
DOUGLAS, Personal Representative for the
Estate of NATASHA DOUGLAS, Deceased,
        Plaintiff-Appellant,

v

MARILYN KEEBLER, a/k/a MARILYN S.
MORRIS, DANIEL J. VERBURG, DANIEL J.
VERBURG, M.D., P.C., d/b/a BAY VIEW
OBSTETRICS & GYNECOLOGY, d/b/a
BURNS CLINIC OBSTETRICS & GYNECOLOGY,
DEBBIE PLUIM, a/k/a DEBRA PLUIM, and
JEFFREY W. WILDER,
        Defendants,

and

NORTHERN MICHIGAN HOSPITALS, INC.,
d/b/a NORTHERN MICHIGAN HOSPITAL,
        Defendant-Appellee.
_____/

MARCIA DOWNS, f/k/a MARCIA
DOUGLAS, Personal Representative for the
Estate of NATASHA DOUGLAS, Deceased,
        Plaintiff-Appellant,

v

NORTHERN MICHIGAN HOSPITALS, INC.,
d/b/a NORTHERN MICHIGAN HOSPITAL,
        Defendant-Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

SC: 145763
COA: 298330
Emmet CC: 03-007681-NH

SC: 145764
COA: 298723
Emmet CC: 04-008040-NH

On order of the Court, the application for leave to appeal the July 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

d0122